# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GERALS CHARLES SMUK and MARLYS LYNN SMUK | |
| Plaintiff, | Case Number: 1:15-cv-06242 |
| v. | Honorable Judge Robert W. Gettleman |
| WELLS FARGO HOME MORTGAGE, ET AL. | |
| Defendant. | |

## PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS

NOW COMES GERALS CHARLES SMUK and MARLYS LYNN SMUK ("Plaintiff"), by and through their counsel, Sulaiman Law Group, Ltd. moving this Honorable Court to extend the time for Plaintiff to file their Motion to Dismiss and in support thereof, states as follows:

1. On September 30, 2015, this Court set a briefing schedule on Defendant's Motion to Dismiss.

2. The Order entered by this Court set October 13, 2015 as the deadline to file Plaintiff's response to the Defendant's Motion to Dismiss.

3. Plaintiffs seek to extend there time to file their response until October 20, 2015 as the undersigned had a family emergency and was unable to complete I the response by October 13, 2015.

4. The extension of time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation.

WHEREFORE, Plaintiff respectfully request that the Court grant an extension as follows:

a. Plaintiff's Response to the Motion to Dismiss is due October 20, 2015;

b. for any other such relief the Court deems just.

Respectfully submitted,

/s/ Paul M. Bach
Paul M. Bach, Esq.
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181
Fax: (630)575-8188
Attorney No. 6209530
